1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT ERNEST GALLEGOS, SR.,

11                  Petitioner,              No. CIV S-04-2741 MCE GGH P

12          vs.

13   TOM L. CAREY, Warden,

14                  Respondent.              ORDER

15   _____/

16          A joint scheduling statement in this matter was filed on April 8, 2005, pursuant to

17   the court's order filed February 8, 2005.[1]  After reviewing the joint statement, the court issues the

18   following ORDERS:

19          1.  Petitioner shall notify the court and respondent by no later than June 10, 2005,

20   whether or not he intends to proceed on the existing petition and, if so, by that date must file any

21   supplemental memorandum of points and authorities;

22          2.  Should petitioner choose to amend the petition and proceed on exhausted

23   claims only, petitioner must both inform the court of such an intent and must file an amended

24   exhausted-claims-only petition on or before June 10, 2005, along with any supplemental points

25   _____

26          [1]Petitioner's counsel was substituted in by order filed March 2, 2005; the court granted
     substituted counsel's request for an extension of time to respond to the February 8, 2005 order by
     order filed March 9, 2005.

1    and authorities;

2    3.  Respondent has identified one unexhausted claim of the eleven raised in the

3    original petition; petitioner's counsel does not indicate whether or not she concedes the point.

4    Should petitioner's counsel identify any unexhausted claims which petitioner intends to exhaust,

5    petitioner shall identify all claims, exhausted and unexhausted and shall file an amended

6    exhausted-claims-only petition if the original petition does not contain only exhausted claims or

7    if it does not contain all of his exhausted claims, and shall move the court to hold the proceedings

8    in abeyance pending exhaustion of state court remedies as to the unexhausted claims on or before

9    June 10, 2005, if, in light of Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528 (2005), good cause

10   for having failed to exhaust all claims before filing in federal court can be shown.  If a stay is

11   granted, petitioner must immediately pursue state court exhaustion and, upon said exhaustion,

12   file an amended petition containing all claims newly and previously exhausted, after which any

13   stay will be lifted and this matter will proceed;

14   4.  Respondent must file a motion to dismiss within 30 days, or an answer within

15   60 days, of either the filing of an amended petition on which petitioner elects to proceed or upon

16   the filing of supplemental points and authorities in support of the existing petition.  If a motion is

17   filed, petitioner must file a response within 30 days and respondent will have 15 days to file a

18   reply.  If an answer is filed, petitioner will have 30 days to file a reply (formerly designated a

19   traverse);

20   5.  If an answer is filed, respondent will have 30 days from the time a reply is due

21   from petitioner to file a motion for discovery;

22   \\\\\

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1    6. Petitioner's counsel must identify any other motions she anticipates bringing at

2    the time of the filing of an amended petition or of supplemental points and authorities in support

3    of the existing petition; any such motions should be filed within 30 days thereafter, including any

4    motion for an evidentiary hearing.   Respondent, who intends to oppose any motion for an

5    evidentiary hearing, must do so within 30 days after such motion is filed; petitioner will

6    thereafter have 15 days to file a reply to the opposition.

7    DATED: 4/25/05

8

9    /s/ Gregory G. Hollows

10    _____
      GREGORY G. HOLLOWS
11    UNITED STATES MAGISTRATE JUDGE

GGH:009
gall2741.pst

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26