STEPHANIE M. ADRAKTAS
(No. 215323)
448 Page St.
San Francisco, California  94102
Telephone (415) 699-1507
Fax Number  (415) 626-5475

Attorney for Petitioner
ROBERT GALLEGOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GALLEGOS, | ) NO.CIV -S-04-02741-MCE GGH P |
| Petitioner, | ) **ORDER GRANTING PETITIONER'S** |
| | ) **UNOPPOSED MOTION FOR** |
| v. | ) **ENLARGEMENT** |
| | ) **OF  TIME TO FILE AMENDED** |
| TOM L. CAREY, Warden | ) **PETITION AND RELATED** |
| | ) **PLEADINGS** |
| Respondent . | ) |

    For the reasons stated in the Petitioner's  Unopposed Motion for Enlargement of Time to file Amended Petition and Related Pleadings and based on the information presented in Petitioner's Declaration of Counsel, IT IS  ORDERED that the Motion for Enlargement of Time is granted.  The petitioner must file an Amended Petition and Related Pleadings (as set forth in the court's order dated 4/25/05) no later than August 9, 2005.

DATED: 5/31/05

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE

gall2741.ord05