EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMÁN
Deputy Attorney General
State Bar No. 117566
 1300 I St., Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5164
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GALLEGOS, SR.,** <br><br> Petitioner, <br><br> v. <br><br> **THOMAS L. CAREY,  Warden,** <br><br> Respondents. | CIV-S-04-2741 MCE GGH P <br><br> **ORDER GRANTING RESPONDENT'S  UNOPPOSED REQUEST FOR RESCHEDULED HEARING ON MOTION FOR MODIFICATION OF ORDER RE EVIDENTIARY HEARING** |

For the reasons stated in Respondent's unopposed request for re-scheduling of Petitioner's hearing on his motion for modification of the Court's order regarding evidentiary hearing, IT IS ORDERED that the unopposed request for re-scheduled hearing on motion for modification of order is hereby granted.  Petitioner's hearing on his motion for modification of order re evidentiary hearing is re-scheduled to November 15, 2007, at 10:00 a.m.

DATED: 10/18/07

gall2741.po2

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

1