1  STEPHANIE ADRAKTAS (SBN 215323)
   Attorney at Law
2  P.O. Box 424015
   San Francisco, CA 94142
3  Telephone (415) 699-1507
   Facsimile (415) 626-5475
4
   Attorney for Petitioner
5  ROBERT GALLEGOS

6
7               IN THE UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 ROBERT GALLEGOS,                 )   NO. CIV S S-04-02741-MCE GGH P
                                    )
11          Petitioner,              )
                                    )   **ORDER FOR WRIT OF**
12     v.                            )   **HABEAS CORPUS AD**
                                    )   **TESTIFICANDUM**
13 TOM CAREY, et al.,                )
                                    )   Date: April 14, 2008
14          Respondents.             )   Time: 9:00 a.m.
                                    )   Judge: Hon. Gregory Hollows
15 _____  )

16

17       ROBERT GALLEGOS, CDC No. P-18916, petitioner in proceedings in
18 the aforementioned case, is confined in the California State Prison, Solano in Vacaville
19 California in the Custody of Warden D.K. Sisto. In order to secure his attendance it is
20 necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the
21 custodian to produce ROBERT GALLEGOS in Courtroom # 24, 8th Floor, United
22 States Courthouse, 501 I Street, Sacramento, California on April 14, 2008, at 9:00 a.m.
23       ACCORDINGLY, IT IS ORDERED that:
24       1. A Writ of Habeas Corpus Testificandum issue, under the seal of this
25 court, commanding the Warden to produce ROBERT GALLEGOS to testify in United
26 States District Court at the time and place above, and from day to day until completion
27 of court proceedings or as ordered by the court; and thereafter to return ROBERT
28 GALLEGOS to the above institution;

                                    3

1  2. The custodian is ordered to notify the court of any change in custody of ROBERT GALLEGOS and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the litigation coordinator, California State Prison, Solano, P. O. Box 4000, Vacaville, CA 95696-4000.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:   D.K. Sisto, Warden, California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000**

**WE COMMAND** you to produce ROBERT GALLEGOS, CDC # P-18916, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return him to the above institution.

**FURTHER**, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

DATED: Mar. 17, 2008

GREGORY G. HOLLOWS

HON. GREGORY HOLLOWS
United States Magistrate Judge
Eastern District of California

4