UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT GALLEROS, SR.,

        Plaintiff,

  vs.

TOM. L. CAREY, et

        Defendants.

No. CIV S 04-2741 MCE GGH P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM VIA VIDEO-CONFERENCING**

       **Arthur Carr**, inmate # **C-66940**, a necessary and material witness in proceedings in this case on April 14, 2008, is confined in California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696-4000, in the custody of Warden D.K. Sisto; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows, to appear by video-conferencing at California State Prison Solano, on April 14, 2008 at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden D.K. Sisto, California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696-4000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 03/21/08

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:bb
gall2741.841carr