## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ROBERT GALLEGOS, SR.,

       Plaintiff,                  No. CIV S 04-2741 MCE GGH P

  vs.

TOM. L. CAREY, et                **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM VIA VIDEO-CONFERENCING**

       Defendants.

         **Leon Pogue**, inmate # **E-65357**, a necessary and material witness in proceedings in this case on April 14, 2008, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, CA 93210, in the custody of the Warden James A. Yates; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows, to appear by video-conferencing at Pleasant Valley State Prison, on April 14, 2008 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden James A. Yates, Pleasant Valley State Prison, 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, CA 93210:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 03/25/08                          /s/ Gregory G. Hollows

                                                                                  GREGORY G. HOLLOWS
                                                                                  UNITED STATES MAGISTRATE JUDGE

GGH:
gall2741.841pogue