STEPHANIE ADRAKTAS (SBN 215323)
Attorney at Law
P.O. Box 424015
San Francisco, CA 94142
Telephone (415) 699-1507
Facsimile (415) 626-5475

Attorney for Petitioner
ROBERT GALLEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GALLEGOS,

        Petitioner,

v.

TOM CAREY, et al.,

        Respondents.

NO. CIV S-04-02741-MCE GGH P

**[PROPOSED] ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Date: April 29, 2008
Time:      9:00 a.m.
Judge: Hon. Gregory Hollows

      ROBERT GALLEGOS, CDC No. P-18916, petitioner in proceedings in the aforementioned case, is confined in the California State Prison, Solano in Vacaville California in the Custody of Warden D.K. Sisto. In order to secure his attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce ROBERT GALLEGOS in Courtroom # 24, 8th Floor, United States Courthouse, 501 I Street, Sacramento, California on April 29, 2008, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce ROBERT GALLEGOS to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return ROBERT

1  GALLEGOS to the above institution;

2          2. The custodian is ordered to notify the court of any change in custody
3  of ROBERT GALLEGOS and is ordered to provide the new custodian with a copy of
4  this writ; and

5          3. The Clerk of the Court is directed to serve a courtesy copy of this
6  order and writ of habeas corpus ad testificandum on the litigation coordinator,
7  California State Prison, Solano, P. O. Box 4000, Vacaville, CA 95696-4000.

8
9          **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
10  **To:   D.K. Sisto, Warden, California State Prison, Solano, P.O. Box 4000,**
11        **Vacaville, CA 95696-4000**

12
13          **WE COMMAND** you to produce ROBERT GALLEGOS, CDC  # P-
14  18916, to testify before the United States District Court at the time and place above,
15  and from day to day until completion of the proceedings or as ordered by the court;
16  and thereafter to return him to the above institution.

17          **FURTHER**, you are ordered to notify the court of any change in his
18  custody and are ordered to provide any new custodian with a copy of this writ.

19  DATED: April 7, 2008

20                                    GREGORY G. HOLLOWS
21                                    HON. GREGORY HOLLOWS
                                      United States Magistrate Judge
22                                    Eastern District of California

23
24
25
26
27
28

4