1  STEPHANIE ADRAKTAS (SBN 215323)
   Attorney at Law
   P.O. Box 424015
2  San Francisco, CA 94142
   Telephone (415) 699-1507
3  Facsimile (415) 626-5475

4  Attorney for Petitioner
   ROBERT GALLEGOS
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  ROBERT GALLEGOS,                )   NO. CIV S-04-02741-MCE GGH P
                                   )
10             Petitioner,          )
                                   )   **[PROPOSED] ORDER FOR WRIT OF**
11     v.                           )   **HABEAS CORPUS AD**
                                   )   **TESTIFICANDUM**
12 TOM CAREY, et al.,              )
                                   )   Date: April 29, 2008
13             Respondents.         )   Time:        9:00 a.m.
                                   )   Judge: Hon. Gregory Hollows
14 _____ )

15 —

16
          LEON POGUE, CDC # E–65357, a witness in proceedings in the
17
   aforementioned case, is confined in Pleasant Valley State Prison in Coalinga,
18
   California in the Custody of Warden James A. Yates.  In order to secure his
19
   attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue
20
   commanding the custodian to produce LEON POGUE in Courtroom # 24, 8th Floor,
21
   United States Courthouse, 501 I Street, Sacramento, California on April 29, 2008, at
22
   9:00 a.m.
23
          ACCORDINGLY, IT IS ORDERED that:
24
          1. A Writ of Habeas Corpus Testificandum issue, under the seal of this
25
   court, commanding the Warden to produce LEON POGUE to testify in United States
26
   District Court at the time and place above, and from day to day until completion of
27
   court proceedings or as ordered by the court; and thereafter to return LEON POGUE
28
   to the above institution;

                                         7

1       2. The custodian is ordered to notify the court of any change in custody
2   of LEON POGUE and is ordered to provide the new custodian with a copy of this
3   writ; and
4       3. The Clerk of the Court is directed to serve a courtesy copy of this
5   order and writ of habeas corpus ad testificandum on the Litigation Coordinator,
6   Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA 9321

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   James A. Yates, Warden, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA 9321

    **WE COMMAND** you to produce LEON POGUE, CDC # E-65357, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return him to the above institution.

    **FURTHER**, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

DATED: April 7, 2008

GREGORY G. HOLLOWS
HON. GREGORY HOLLOWS
United States Magistrate Judge
Eastern District of California

8